1  DAVID A. TORRES AND ASSOCIATES
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (6610326-0857
4  Fax: (661)326-0936
   Email: dtorres@lawtorres.com
5
6  Attorney for:
   CESAR D. GALLARDO

7                    UNITED STATES DISTRICT COURT
8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,        | Case No.  1:22-MJ-00083-SAB
11 |        Plaintiff,                |
12 |        v.                        | STIPULATION AND ORDER TO
                                      | CONTINUE THE DETENTION HEARING
13 | CESAR D. GALLARDO,               |
14 |        Defendants.               |
15

16 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA

17 MCAULIFFE AND KIMBERLY SANCHEZ, ASSISTANT UNITED STATES

18 ATTORNEY:

19     **COMES NOW** Defendant, CESAR D. GALLARDO, and through his attorney of record,

20 DAVID A. TORRES, hereby requesting that the detention hearing currently set for Wednesday,

21 June 1, 2022, be continued to Thursday, June 2, 2022.

22     I was retained on this matter on May 31, 2022. I have not had an opportunity to discuss

23 the facts of the case with my client. In addition, it is my understanding that Pre-trial Services

24 Officer McConville will be meeting with Mr. Gallardo this morning to conduct an interview. As

25 such I am requesting a brief continuance to allow Pre-Trial Service an opportunity to prepare a

26 report and allow counsel an opportunity to review. I have spoken to AUSA Kimberly Sanchez

27 and she has no objection to continuing the sentencing hearing. I have also notified Pre-Trial

28 Services, likewise, they have no objection.

                                         1

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: June 1, 2022

*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
CESAR GALLARDO

DATED: June 1, 2022

*/s/Kimberly Sanchez*
KIMBERLY SANCHEZ
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED that the detention hearing be continued from June 1, 2022, to **June 3, 2022 at 2:00 pm before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

/s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE